| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Jeanne L. Zimmer<br>Martin Schannong<br>CARLSON & MESSER LLP<br>5959 West Century Boulevard, Suite 1214<br>Los Angeles, CA 90045<br>310-242-2244<br>ATTORNEYS FOR: Defendant MRS BPO, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SAUNDRA N. SAUNDERS | CASE NUMBER: |
|---|---|
| | 5:12-CV-00279-VAP-OP |
| v.  Plaintiff(s), | |
| MRS BPO, LLC | **CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Defendant MRS BPO, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| SAUNDRA N. SAUNDERS | Plaintiff |
| MRS BPO, LLC | Defendant |

March 21, 2012
Date

Sign

Attorney of record for or party appearing in pro per

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Blvd., Los Angeles, California 90045.

On **March 21, 2012**, I served the foregoing document described as: **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **(BY MAIL)**

I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[ ]   **BY ELECTRONIC MAIL** : Based on Court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the said documents to be sent to the persons at the electronic mail addresses listed below (see attached service list). I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]   **BY FACSIMILE-** I transmitted via telecopier machine such document to the offices of the addressees.

[ ]   **BY PERSONAL SERVICE BY HAND**: I personally served said document(s) on the date set forth below, by personally hand serving the aforementioned document to (See Service List)

[ ]   **(State)**
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(Federal)**
I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed this **21st day of March, 2012** at Los Angeles, California.

*/s/ Linda Brooks*
Linda Brooks

## SERVICE LIST
### Saunders, Saundra N. v. MRS BPO, LLC
### File No. 07053.00

Saundra N. Saunders                                **PLAINTIFF IN PRO SE**
716 Park Avenue
Perris, California 92570
nicolesaunders89@gmail.com