# SEND

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| SAUNDRA N. SAUNDERS, | ) | Case No. EDCV 12-00279 VAP (OPx) |
| Plaintiff(s), | ) ) | ORDER SETTING SCHEDULING CONFERENCE: |
| v. | ) ) | Date: May 21, 2012 |
| MRS BPO, LLC; DOES 1 THROUGH 10, | ) ) | Time: 1:30 p.m. Location: U.S. District Court 3470 Twelfth Street |
| Defendant(s). | ) ) | Riverside, California Courtroom 2 |

**READ THIS ORDER CAREFULLY AND COMPLETE THE ATTACHED TABLE**

This matter is set for a scheduling conference on May 21, 2012, at 1:30 p.m. The conference will be held pursuant to Fed. R. Civ. P. 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference and report to the Court not later than 14 days after they confer as required by Fed. R. Civ. P. 26 and the Local Rules of this Court. **ALL LEAD TRIAL COUNSEL MUST BE PRESENT.** Failure to comply may lead to the imposition of sanctions. Counsel are further directed to complete the table attached hereto as Exhibit A as part of counsel's joint

1 | report under Fed. R. Civ. P. 26(f).  Counsel must also submit form
2 | ADR 1, located on the Court's website at www.cacd.uscourts.gov no
3 | later than seven days before the scheduling conference date.

**IT IS SO ORDERED.**

Dated: March 22, 2012

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge

EXHIBIT A: SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME:   SAUNDRA N. SAUNDERS v. MRS BPO, LLC; DOES 1 THROUGH 10

CASE NO.:    EDCV 12-00279 VAP (OPx)

| Matter | Plaintiff(s) Request | Defendant(s) Request | Court's Order |
|---|---|---|---|
| Trial Date (**Tuesday**) Jury ☐ Court ☐ Length: ___ Days | | | |
| Pretrial Conf., L.R. 16; Hearing on Motions in Limine | | | |
| Last day to conduct Settlement Conf., L.R. 16-15 | | | |
| Last day for **hearing** non-discovery motions | | | |
| All Discovery Cutoff, including hearing all discovery motions | | | |
| Expert Disclosure (rebuttal) | | | |
| Expert Disclosure (initial) | | | |
| Last day to amend pleadings or add parties | | | |

LOCAL RULE 16-15 Settlement Choice:

☐ U.S. Magistrate Judge (#1)

☐ Attorney Settlement Officer Panel (#2)

☐ Outside ADR (#3)