1  Jeanne L. Zimmer (SBN 123321)
   zimmerj@cmtlaw.com
2  Martin Schannong (SBN 243297)
   schannom@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   MRS BPO, LLC
7

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION
10

11 SAUNDRA N. SAUNDERS,           ) CASE NO. 5:12-CV-00279-VAP-OP
                                  )
12              Plaintiff,        ) **REQUEST TO ADJOURN ALL**
                                  ) **PROCEEDINGS PENDING**
13      vs.                       ) **DISMISSAL IN LIEU OF JOINT**
                                  ) **REPORT; DECLARATION OF**
14 MRS BPO, LLC,                  ) **JEANNE L. ZIMMER**
                                  )
15              Defendant.        )
                                  )
16 _____)

17      TO THE HONORABLE COURT:

18      Defendant, MRS BPO, LLC, hereby requests that the Scheduling Conference

19 on calendar for May 21, 2012 at 1:30 p.m. be continued and/or that all proceedings

20 be adjourned for at least 45 days in order that the parties may file a joint request for

21 dismissal of the action.  This request is based upon the attached Declaration of

22 Jeanne L. Zimmer attached hereto and incorporated herein by reference.

23

24 DATED: May 15, 2012           CARLSON & MESSER LLP

25

26                         By      /s/
                                 Jeanne L. Zimmer
27                               Martin Schannong
                                 Attorneys for Defendant
28                               MRS BPO, LLC

                                    1

07053.00/183882                    REQUEST TO ADJOURN ALL PROCEEDINGS PENDING DISMISSAL, etc.
                                                   CASE NO. 5:12-CV-00279-VAP-OP

## DECLARATION OF JEANNE L. ZIMMER

I, Jeanne L. Zimmer, declare as follows:

1. I am an attorney at law, duly licensed to practice before all courts within the State of California, and I am Of Counsel to the law firm of Carlson & Messer LLP, attorneys of record for Defendant MRS BPO, LLC ("MRS") in this action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would competently testify thereto.

2. The Salvo Law Firm, P.C., is national counsel for Defendant MRS BPO, LLC. I am informed and believe that John Brigandi, Esq. of that firm has been in contact with Plaintiff, SAUNDRA N. SAUNDERS, regarding the Joint Report.

3. Mr. Brigandi has been informed by Plaintiff, SAUNDRA N. SAUNDERS that she intends to dismiss this lawsuit. Attached hereto and incorporated herein by reference as Exhibit "A" is a true and correct copy of an e-mail exchange between Mr. Brigandi and Plaintiff evidencing the intention of Plaintiff to dismiss this matter.

4. For these reasons, Defendant MRS BPO, LLC respectfully requests that all proceedings in this matter, including the Scheduling Conference of May 21, 2012, be adjourned for at least 45 days, in order that the Stipulation for Dismissal may be filed, and an Order of Dismissal may be signed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration is executed this 15th day of May, 2012 at Los Angeles, California.

_____
Jeanne L. Zimmer, Declarant

2

07053.00/183882

REQUEST TO ADJOURN ALL PROCEEDINGS PENDING DISMISSAL, etc.
CASE NO. 5:12-CV-00279-VAP-OP

# EXHIBIT A

**John Brigandi**

| | |
|---|---|
| **From:** | Sandra Saunders <nicolesaunders89@gmail.com> |
| **Sent:** | Friday, May 11, 2012 7:13 PM |
| **To:** | John Brigandi |
| **Subject:** | Re: Rule 26 Report |

Mr. Brigandi:

Please be advised that due to time constraints and other consideration, I have made the decision to dismiss this complaint without prejudice against MRS BPO, LLC, please inform your client of such. You will receive a copy of my Motion for Dismissal and Order of Dismissal via U.S. Mail.

Thank You,

Saundra Saunders

On Fri, May 11, 2012 at 1:20 PM, John Brigandi <JBrigandi@salvolawfirm.com> wrote:

Ms. Saunders,


I have not heard back from you regarding the joint rule 26 report. The report is due this Monday. I have sent you several emails this week to which I have not been provided any response. If I do not have the report including Plaintiff's information, I will have no choice but to submit the report as "Defendant's Report" rather than a "Joint Report."

Please forward me a completed report as soon as possible.


Thank you,


John Brigandi



John E. Brigandi, Esq.

The Salvo Law Firm, P.C.


With offices in NJ and NY

1